UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANIBAL SAN ANTONIO,

    Plaintiff,

v.                                          Case No: 3:13cv528/RV/CJK

WARDEN MARK HENRY and
SENIOR CHAPLAIN MARK SHIPMAN,

    Defendants.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated December 18, 2015 (doc. 37).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  After reviewing the timely filed objections (doc. 38), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 37) is adopted and incorporated by reference in this order.

2. Defendants' motion to dismiss (doc. 29) is GRANTED.

3. Plaintiff's Religious Land Use and Institutionalized Persons Act ("RLUIPA") claim based on defendant Shipman's removing him from the faith and character based dormitory at Blackwater River Correctional Facility is DISMISSED for lack of subject matter jurisdiction as moot, or, in the alternative, for failure to state a claim on which relief can be granted.

4. Plaintiff's First Amendment Free Exercise Claim based on defendant Shipman's removing him from the faith and character based dormitory at Blackwater River Correctional Facility is DISMISSED, without prejudice, for failure to state a claim on which relief can be granted.

5. Plaintiff's request for leave to file an amended complaint is GRANTED only as to his First Amendment Free Exercise claim and only if the amended complaint is filed within 21 days from the date of this order, in lieu of which the dismissal shall be with prejudice and the Clerk shall close this case.

**DONE AND ORDERED** this 25th day of January, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**